IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAVIER COLLAZO, | No. 4:20-CV-00083 |
| Plaintiff, | (Judge Brann) |
| v. | |
| CAPTAIN MILLER, *et al.*, | |
| Defendants. | |

## ORDER

### DECEMBER 29, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Miller's motion for summary judgment, Doc. 19, is **GRANTED**;

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant Miller, and as against Plaintiff on all claims in the complaint;

3. Defendant Miller's motion to dismiss, Doc. 17, is **DENIED AS MOOT**;

4. Defendants Pozza and "Use of Force Team" are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e); and

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge